# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

JOHN J. DVORSAK, JR.

V.

DEREK A. DA YOUB and SMITH TOWNSHIP, WASHINGTON COUNTY, PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO:     (Name and address of Defendant)

Derek A. Dayoub
1463 B Spreading Oak Drive
Pittsburgh, P A 15220

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY          (name and address)

William A. Johnson, Esquire
8 East Pine Avenue
Washington, PA 15301

an answer to the complaint which is served on you with this summons, within     20     days after service

of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE

(By) DEPUTY CLERK                        DATE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

JOHN J. DVORSAK, JR.

V.

SUMMONS IN A CIVIL ACTION

DEREK A. DAYOUB and SMITH TOWNSH[P,
WASHINGTON COUNTY, PENNSYLV ANIA

CASE NUMBER:

TO:     (Name and address of Defendant)

Smith Township, Washington County, Pennsylvania
1848 Smith Township State Road
Slovan, PA 15078

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY                    (name and address)

William A. Johnson, Esquire
8 East Pine Avenue
Washington, PA 15301

an answer to the complaint which is served on you with this summons, within          20          days after service

of this summons on you, exclusive of the day of service. 1 f you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                        DATE

(By) DEPUTY CLERK                                            DATE