**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN J. DVORSAK, JR.,        ) | |
|                      ) | |
|        Plaintiff,     ) | |
|                      ) | Civil Action No. 2:09-cv-0757 |
|     v.             ) | |
|                      ) | Magistrate Judge Lisa Pupo Lenihan |
| DEREK A. DAYOUB and SMITH   ) | |
| TOWNSHIP, WASHINGTON COUNTY,  ) | **JURY TRIAL DEMANDED** |
| PENNSYLVANIA,           ) | |
|                      ) | ELECTRONICALLY FILED |
|        Defendants.   ) | |

## STIPULATION FOR DISMISSAL

The Plaintiff and Defendant, Smith Township, hereby stipulate and agree that Plaintiff's claims against Defendant, Smith Township, in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

/s/ William A. Johnson

William A. Johnson, Esquire
PA I.D. No. 14906
23 East Beau Street
Washington, PA 15301

*Counsel for Plaintiff*

/s/ Thomas P. McGinnis

Thomas P. McGinnis, Esquire
PA I.D. No. 46666
Thomas, Thomas & Hafer LLP
One Oxford Centre, Suite 1150
301 Grant Street
Pittsburgh, PA 15219

*Counsel for Defendant, Smith Township*

## ORDER

AND NOW, this _____ day of _____, 2012, IT IS SO ORDERED.

Lisa Pupo Lenihan
U.S. Magistrate Judge

1041715.1