**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN J. DVORSAK, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:09-cv-0757 |
| v. | ) |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| DEREK A. DAYOUB and SMITH | ) |
| TOWNSHIP, WASHINGTON COUNTY, | ) **JURY TRIAL DEMANDED** |
| PENNSYLVANIA, | ) |
| | ) ELECTRONICALLY FILED |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL**

The Plaintiff and Defendant hereby stipulate and agree that Plaintiff's claims against Defendant in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

/s/ William A. Johnson
William A. Johnson, Esquire
PA I.D. No. 14906
23 East Beau Street
Washington, PA 15301

Counsel for Plaintiff

/s/ Thomas P. McGinnis
Thomas P. McGinnis, Esquire
PA I.D. No. 46666
Thomas, Thomas & Hafer LLP
One Oxford Centre, Suite 1150
301 Grant Street
Pittsburgh, PA 15219

Counsel for Defendant

**ORDER**

AND NOW, this _____ day of _____, 2012, IT IS SO ORDERED.

_____
United States District Judge

1056454.1